# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151053(84)

CITY OF HOLLAND,
          Plaintiff-Appellee,

v

          SC: 151053
          COA: 315541
CONSUMERS ENERGY COMPANY,    Ottawa CC: 12-002758-CZ
          Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to file a response to defendant-appellant's supplemental brief is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2016

                      Clerk